**126**

**Kareem MILHOUSE, Plaintiff–
Appellant,**

v.

**Terry O'BRIEN, Warden; Odom; J.
Gully; A. McCune; G. Spak; Saun-
ders; United States; John Does, De-
fendants–Appellees.**

No. 14–6873.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2014.

Decided: Dec. 2, 2014.

Kareem Milhouse, Appellant Pro Se.
Erin K. Reisenweber, Assistant United
States Attorney, Martinsburg, West Virgi-
nia, for Appellees.

Before NIEMEYER, AGEE, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kareem Milhouse appeals the district
court's order adopting the recommenda-
tion of the magistrate judge in part and
dismissing his complaint filed pursuant to
*Bivens v. Six Unknown Named Agents of
Fed. Bureau of Narcotics,* 403 U.S. 388, 91
S.Ct. 1999, 29 L.Ed.2d 619 (1971). We
have reviewed the record and conclude
that Milhouse fails to establish reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Mil-*

*house v. O'Brien,* No. 1:14–cv–00016–
IMK–JES (N.D.W.Va. May 9, 2014). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*